UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

IN RE: AARON LEVI #356042                    NO. 2:09-cv-119

**MEMORANDUM**

Acting *pro se*, Aaron Levi, a prisoner in the Hamblen County jail, filed a preprinted form complaint for violation of civil rights under 42 U.S.C. § 1983. On April 30, 2012, the Court entered an order, advising plaintiff of the many deficiencies in his filing and allowing him thirty (30) days from the date on the order to correct those cited deficiencies, (Doc. 4). On May 7, 2012, the order was returned to the Court by the postal authorities, with the face of the envelope containing the order marked, "Return to Sender, In(illegible) Not Here," (Doc. 5). Obviously, without plaintiff's correct address, the Court cannot communicate with him regarding his case.

Therefore, this action will be **DISMISSED** by separate order for plaintiff's failure to prosecute his claims. *See* Fed. R. Civ. P. 41(b).

**ENTER:**

                                                        _____
                                                        LEON JORDAN
                                                        UNITED STATES DISTRICT JUDGE